■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VINCENT CAFARO, True Name VINCENT DOMINICK CAFARO, Appellant.— Appeal by defendant from a judgment of the County Court, Queens County, rendered May 6, 1959, after trial before the court without a jury, convicting him of contriving, drawing, and assisting in a lottery, and of conspiracy to commit the said crime, and sentencing him to an indefinite term, execution of the sentence being suspended. The defendant waived a jury trial (N. Y. Const., art. I, § 2). Judgment affirmed. No opinion. Nolan, P. J., Beldock, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS J. COPPO, True Name LOUIS JOSEPH COPPO, Appellant.— Appeal by defendant from a judgment of the County Court, Queens County, rendered May 6, 1959, after trial before the court without a jury, convicting him of contriving, drawing, and assisting in a lottery, and of conspiracy to commit the said crime, and sentencing him to serve a term of one to two years. The defendant waived a jury trial (N. Y. Const., art. I, § 2). Judgment affirmed. No opinion. Nolan, P. J., Beldock, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DOMINICK DATTOMA, Appellant.— Appeal by defendant from a judgment of the County Court of Queens County, rendered June 27, 1958, convicting him, after a jury trial, of attempted robbery in the first degree, attempted grand larceny in the first degree, and assault in the second degree, and imposing sentence. Judgment affirmed. No opinion. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE HAMRAH, Appellant.— Appeal by defendant from a judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, rendered November 20, 1959, after trial, convicting him of a violation of section 986 of the Penal Law (book-making) and sentencing him to pay a fine of $50 or to serve 10 days. The fine was paid. Judgment affirmed. No opinion. Nolan, P. J., Beldock, Christ and Pette, JJ., concur; Kleinfeld, J., not voting.